DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
E-Mail: Darrell.Dennis@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Panda Express Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| WANDA MORRIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PANDA EXPRESS, INC., a foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendant. | CASE NO. 2:16-cv-00981-JAD-CWH<br><br>**DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |

Defendant PANDA EXPRESS, INC. ("Defendant"), by and through its attorney of record Darrell D. Dennis, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby request that Gregory S. Bean, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4832-3099-9857.1

Gregory S. Bean, Esq. is no longer with Lewis Brisbois Bisgaard & Smith, LLP. Given the appearance of the attorney on behalf of Defendant, no party will be prejudiced by the counsel's withdrawal.

DATED this 20th day of May, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Darrell D. Dennis
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
*Attorneys for Defendant*
*Panda Express Inc.*

IT IS SO ORDERED.
DATED: May 24, 2016

_____
UNITED STATES MAGISTRATE JUDGE

4832-3099-9857.1

2

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 20th day of May, 2016, I did cause a true and correct copy of the foregoing **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** in Morris, Wanda v. Panda Express, Inc., United States District Court Case No. 2:16-cv-00981-JAD-CWH, to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

| | |
|---|---|
| Bradley S. Mainor, Esq. | bmainor@mainorwirth.com |
| Matthew G. Holland, Esq. | kgoldberg@mainorwirth.com |
| Katie E. Goldberg, Esq. | jwirth@mainorwirth.com |
| MAINOR WIRTH, LLP | vcrone@mainorwirth.com |
| 6018 S. Ft. Apache Road, Ste. 150 | mmurray@mainorwirth.com |
| Las Vegas, NV 89148 | jgreening@mainorwirth.com |
| Telephone: 702-464-5000 | mlansdown@mainorwirth.com |
| Facsimile: 702-463-4440 | mholland@mainorwirth.com |
| *Attorneys for Plaintiff* | aganier@mainorwirth.com |

By    /s/ Kellene McKay
an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4832-3099-9857.1               3