SAO
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
E-Mail: Darrell.Dennis@lewisbrisbois.com
LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
E-Mail: Laureen.Frister@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

*Attorneys for Defendant Panda Express Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WANDA MORRIS, | CASE NO. 2:16-cv-00981-JAD-CWH |
| Plaintiff, | ECF No. 36 |
| vs. | |
| PANDA EXPRESS, INC., a foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WANDA MORRIS and Defendant PANDA EXPRESS, INC., by and through their respective counsel of record, that the above-entitled action against Defendant shall be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees, or as otherwise agreed.

///
///
///

4841-9845-3056.1

| | |
|---|---|
| DATED this 13th day of January, 2017. | DATED this 20th day of January, 2017. |
| MAINOR WIRTH LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ | /s/ Laureen P. Frister |
| BRADLEY S. MAINOR, ESQ.<br>Nevada Bar No. 7434<br>MATTHEW G. HOLLAND, ESQ.<br>Nevada Bar No. 10370<br>KATIE E. GOLDBERG, ESQ.<br>Nevada Bar No. 13493<br>6081 S. Ft. Apache Road, Suite 150<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff* | DARRELL D. DENNIS, ESQ.<br>Nevada Bar No. 6618<br>LAUREEN P. FRISTER, ESQ.<br>Nevada Bar No. 13217<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* |

## ORDER

Based on the parties' stipulation [#36] and with good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
DATED: 2-9-17